396 A.2d 36

Commonwealth v. Kline, Appellant.

Submitted March 29, 1978. Lois B. Anderson, Assistant Public Defender, for appellant; J. Michael Morrissey, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence vacated and appellant granted a new trial with counsel of his choice.

PRICE and VAN der VOORT, JJ., dissented.

HOFFMAN, J., did not participate in the consideration or decision of this case.

396 A.2d 36

Commonwealth v. Kramer, Appellant.

Submitted September 12, 1977. John M. Kuchka, for appellant; Gailey C. Keller, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.